IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20489
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

DOUGLAS PAUL SHELTON,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-H-89-232-22
- - - - - - - - - -
March 1, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

      Douglas Paul Shelton argues that the district court erred in

sentencing him to 20 months' imprisonment because the applicable

sentencing range from U.S.S.G. § 7B1.4 was from three to nine

months and because the language from the recently enacted 18

U.S.C. § 3553(a)(4)(B) made § 7B1.4 binding upon the court.

Chapter 7 of the sentencing guidelines is not binding upon the

court's sentencing determination.  See United States v.

Escamilla, 70 F.3d 835, 835 (5th Cir. 1995).

      AFFIRMED.

_____

      [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.